Anthony W. Rosinia and Anne E. Rosinia, Plaintiffs-Appellants, v. G. A. Brown and J. W. Kerr, Individually and d/b/a Brown and Kerr, Partners, Defendants-Appellees.

Gen. No. 48,912.

First District, Second Division.

May 29, 1963.

Levisohn, Loring, Arrigo & Rosinia, of Chicago (Isidore Goodman, of counsel), for appellants; Christian C. Zillman, Jr. (Howard B. Bryant, of counsel), for appellees. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.